

# BICENTENNIAL BRIDGE
# PAVER CAMPAIGN

PERSONALIZED DONOR PAVERS ARE AVAILABLE FOR PURCHASE. THEY WILL BE LOCATED IN THE PARK ON ADRIAN'S ISLAND ON THE LANDING. PLEASE SELECT THE PAVER SIZE AND PROVIDE YOUR MESSAGE. THE INSCRIPTION IS LIMITED TO THE NUMBER OF CHARACTERS AND SPACES SHOWN.

Your contribution will be part of history and will be recognized for years to come! Be part of history in Jefferson City!



☐ **$1,000 LARGE PAVER**
9.5" x 15.5" – 4 line max – 21 characters per line

☐ **$250 SMALL PAVER**
4 1/4" x 7 3/4" – 2 line max – 12 characters per line

Ordered By: _____

Address: _____

City, State, Zip: _____

Phone: _____

E-mail: _____

Please complete this form in its entirety and include your contact information. You will receive confirmation and receipt of your order.

**OPTION 1:**
**Mail this completed form with payment to:**
Jefferson City Parks and Recreation Foundation
1299 Lafayette Street
Jefferson City, MO 65101

**OPTION 2:**
**Donate online:**
jcparks.com/donation and email form to pstiles@jeffcitymo.org

**QUESTIONS?**
**Contact Phil Stiles, JC Parks**
Phone: (573) 634-6487
E-mail: pstiles@jeffcitymo.org

THANK YOU FOR YOUR SUPPORT!

EXHIBIT A