JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Edith Vogel ;
**County of Residence:** Cole County

**Defendant(s):**
First Listed Defendant:
Mayor Carrie Tergin ;
**County of Residence:** Cole County

Additional Defendants(s):
City of Jefferson ;

**County Where Claim For Relief Arose:** Cole County

**Plaintiff's Attorney(s):**
Cole Bradbury (Edith Vogel)
Bradbury Law Firm, LLC
PO Box 206
Osage Beach , Missouri 65065
**Phone:** 5737450772
**Fax:**
**Email:** cole.d.bradbury@gmail.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** Violation of First Amendment rights under 42 USC 1983
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Cole D. Bradbury

**Date:** 3/31/22

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.