UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

---

**EDITH VOGEL**,

                *Plaintiff*,

v.                                          Case No. 2:22-cv-04051

**CARRIE TERGIN**, in her official capacity as
Mayor of the City of Jefferson, and the
**CITY OF JEFFERSON, MISSOURI**,

                *Defendants*.

---

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Plaintiff Edith Vogel respectfully requests a temporary restraining order and preliminary injunction ordering Defendants to replace and maintain Plaintiff's pavers with her original message. Plaintiff further requests that, pursuant to Fed. R. Civ. P. 65(d)(2), such order or injunction apply to the above-named Defendants, their officers, agents, employees, and attorneys; and all other persons acting in concert with them.

                                                      **Respectfully Submitted,**

                                                      */s/ Cole D. Bradbury*
                                                      **COLE D. BRADBURY #62760**
                                                      Bradbury Law Firm, LLC
                                                      PO Box 206
                                                      Osage Beach, MO  65065
                                                      (573) 745-0772
                                                      Cole.D.Bradbury@Gmail.com
                                                      ATTORNEY FOR PLAINTIFF