**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI**

EDITH VOGEL,

                Plaintiff,

v.                                      Case No. 2:22-cv-04051

CARRIE TERGIN, in her official capacity as
Mayor of the City of Jefferson, and the
CITY OF JEFFERSON, MISSOURI,

                Defendants.

---

<u>ENTRY OF APPEARANCE</u>

       COME NOW Jacklyn P. Paletta and Ashley N. Garrett of Cummings, McClorey, Davis,

Acho & Associates, P.C., and hereby enter their appearance as counsel of record for Defendants

City of Jefferson, Missouri and Carrie Tergin. Brian T. Goldstein will serve as lead counsel of

record for Defendants City of Jefferson, Missouri and Carrie Tergin.


                                  */s/ Ashley N. Garrett*
                                  Brian T. Goldstein     MO Bar #50191
                                  Jacklyn P. Paletta     MO Bar #73270
                                  Ashley N. Garrett     MO Bar # 63251
                                  Cummings, McClorey, Davis, Acho & Associates, P.C.
                                  800 E. 101st Terr., Suite 101
                                  Kansas City, Missouri 64131
                                  (816) 842-1880/FAX (816) 221-0353
                                  bgoldstein@cmda-law.com
                                  jpaletta@cmda-law.com
                                  agarrett@cmda-law.com
                                  *Attorneys for Defendants*