UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**EDITH VOGEL**,

    *Plaintiff*,

v.    Case No. 2:22-cv-04051

**CARRIE TERGIN**, in her official capacity as Mayor of the City of Jefferson, and the **CITY OF JEFFERSON, MISSOURI**,

    *Defendants*.

## JOINT MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

The parties hereby move the Court to approve their settlement herein and enter the attached Consent Judgment, which fully and finally disposes of this action.

| PLAINTIFF | DEFENDANTS |
|---|---|
| */s/ Cole D. Bradbury* | */s/ Ryan Moehlman* |
| **Cole D. Bradbury #62760** | **Ryan Moehlman #59933** |
| BRADBURY LAW FIRM, LLC | CITY OF JEFFERSON |
| PO Box 206 | 320 East McCarty Street |
| Osage Beach, MO 65065 | Jefferson City, MO 65101 |
| (573) 745-0772 | (573) 634-6315 |
| Cole.D.Bradbury@Gmail.com | RMoehlman@JeffCityMO.org |
| *Attorney for Plaintiff* | *Attorney for Defendants* |